No. 3. REDRUP v. NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. (Certiorari granted, 384 U. S. 916.) Motion of Council for Periodical Distributors Associations, Inc., for leave to participate in the oral argument, as *amicus curiae,* denied. *Morris B. Abram* and *Jay Greenfield* on the motion.

No. 16. AUSTIN v. KENTUCKY. Cir. Ct. McCracken County, Ky. (Certiorari granted, 384 U. S. 916.) Motion of Council for Periodical Distributors Associations, Inc., for leave to participate in the oral argument, as *amicus curiae,* denied. *Morris B. Abram* and *Jay Greenfield* on the motion.

No. 29. OSBORN v. UNITED STATES. C. A. 6th Cir. (Certiorari granted, 382 U. S. 1023.) Motion of American Civil Liberties Union for leave to file a brief, as *amicus curiae,* granted. MR. JUSTICE WHITE and MR. JUSTICE FORTAS took no part in the consideration or decision of this motion. *Herman Schwartz* and *Melvin L. Wulf* on the motion.

No. 222. NOWAKOWSKI v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. (Certiorari granted, 384 U. S. 984.) Motion for the appointment of counsel granted, and it is ordered that *Daniel J. O'Hern, Esquire,* of Red Bank, New Jersey, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.

No. 252. ENTSMINGER v. IOWA. Sup. Ct. Iowa. (Certiorari granted, 384 U. S. 1000.) Motion for the appointment of counsel granted, and it is ordered that *David W. Belin, Esquire,* of Des Moines, Iowa, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.